UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 07-12065-JLT |
| | * | |
| WESLEY GRAHAM, | * | |
| | * | |
| Respondent. | * | |

ORDER OF JUDGMENT

February 8, 2010

For the reasons set forth in the accompanying Memorandum, this court concludes that the Government has failed to establish by clear and convincing evidence that Respondent is a sexually dangerous person and, therefore, orders his RELEASE from the custody of the federal Bureau of Prisons.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge